IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| ) | |
| ) | Case No.  4:22-mj-086 |
| **AFFIDAVIT IN SUPPORT OF** ) | |
| **APPLICATION FOR CRIMINAL** ) | |
| **COMPLAINT** ) | |
| ) | |
| ) | **[FILED UNDER SEAL]** |

I, Blaine R. Shutts, Task Force Officer ("TFO") with the Federal Bureau

of Investigation ("FBI"), being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been a TFO with the FBI since February 2019 and have worked

in law enforcement since 2010.  I am currently employed as a Certified Police Officer

with the Altoona Police Department and have been since August 2015. Prior to my

employment with the Altoona Police Department, I was a Certified Police Officer with

the Oskaloosa Police Department from June 2013 to August 2015.  Prior to my

employment with the Oskaloosa Police Department, I was a Reserve Deputy,

Detention Officer, and Dispatcher with the Poweshiek County Sheriff's Office from

May 2010 to June 2013.  I have previously participated in investigations, which

resulted in the arrests, searches, and seizures of individuals.  Additionally, I have

participated in numerous investigations which included the seizure of firearms and

narcotics from targets of law enforcement investigations.  Based on training and

experience, I am familiar with methods used for firearms trafficking and narcotics trafficking.

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.     Based on the facts set forth in this affidavit, there is probable cause to believe DONTE JOVAGHN FAIRMAN committed a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

## PROBABLE CAUSE

4.     On December 18, 2021, at approximately 1:02 a.m. officers of the Pleasant Hill Police Department were dispatched to 900 Sherry Lynn Boulevard in reference to a white pickup that was running in the parking lot, reportedly unoccupied.

5.     Officers arrived and located the pickup truck in question with its engine still running.  Officers located a male, later identified as DONTE JOVAGHN FAIRMAN, in the driver seat which was reclined back. FAIRMAN was unconscious but breathing. Officers attempted to wake FAIRMAN by knocking on the window and shaking the vehicle. Officers were eventually successful in waking FAIRMAN.

6.     Officers asked FAIRMAN to roll down the window. FAIRMAN opened the door instead.  Officers inquired if FAIRMAN was "ok" and FAIRMAN asked the officers if they were "ok." When FAIRMAN stood, one of the officers saw a firearm in

plain view on the driver's seat where his leg had been when he was reclined in the seat upon initial contact.  The officer asked him to step away from the car and placed his hand on his arm to escort him away. FAIRMAN pulled back toward the open truck door. The officer asked FAIRMAN "what is that gun doing right there?"  As FAIRMAN reached back toward the vehicle, the officer yelled "don't grab for it." FAIRMAN replied, "I ain't grab for it."

7.     Officers grabbed FAIRMAN's hand and attempted to place wrist restraints on FAIRMAN. At this time, FAIRMAN began to resist officers while officers were attempting to place FAIRMAN in custody.

8.     While attempting to place FAIRMAN in custody, FAIRMAN broke free from officers and fled on foot. Officers pursued FAIRMAN, caught, and attempted to place FAIRMAN in custody. FAIRMAN, again, broke free and fled on foot a second time. After a short foot pursuit, officers were able to place FAIRMAN in custody.

9.     Once FAIRMAN was placed in the backseat of the officer's patrol car, officers returned to the pickup truck FAIRMAN fled from. Officers retrieved the handgun, an HK USP .40 caliber semi-automatic pistol bearing serial number 22-078524. The firearm was loaded with nine rounds of ammunition in the magazine and one round of ammunition in the chamber, making the firearm ready to fire upon trigger press.

10.    Upon a check of FAIRMAN's Criminal History, FAIRMAN was convicted of 21 USC 841(A)(1), 841(B)(1)(C) – Possession with Intent to Distribute

Heroin on March 21, 2018, Case No. 4:17-cr-165 in the Southern District of Iowa, a felony conviction.

11.     An examination of the aforementioned firearm has been conducted by an interstate nexus expert with the ATF.  This examination revealed that the firearm was manufactured outside the state of Iowa and therefore traveled in interstate commerce.  Additionally, the firearm meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

## CONCLUSION

12.     Based upon the foregoing facts, there is probable cause to believe that DONTE JOVAGHN FAIRMAN has committed a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) (felon in possession of a firearm).


I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Blaine R. Shutts, Task Force Officer
Federal Bureau of Investigations


Subscribed and sworn to before me this 9th day of February 2022, by reliable electronic means.

_____
The Honorable Stephen H. Locher
United States Magistrate Judge